# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CORIE L. MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 09-1393 (RJL)** |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the defendant's motion for summary judgment is GRANTED and

JUDGMENT is entered for the defendant.

This is a final, appealable order.

Date: 1/11/10

RICHARD J. LEON
United States District Judge